United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Twyman O. Abbott* for petitioners. No appearance for respondent.

---

Nos. 773 and 774. THE J. M. GUFFEY PETROLEUM COMPANY, PETITIONER, *v.* THE COASTWISE TRANSPORTATION COMPANY. November 28, 1910. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. D. T. Watson, Mr. C. C. Burlingham* and *Mr. James H. Beal* for petitioner. *Mr. Edward E. Blodgett* and *Mr. J. Parker Kirlin* for respondent.

---

No. 778. O. P. HALLIGAN, WARDEN, ETC., PETITIONER, *v.* FRANK WAYNE. November 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *The Attorney General* for petitioner. *Mr. E. C. Brandenburg* for respondent.

---

No. 748. HENRY FRIEND ET AL., PETITIONERS, *v.* JAMES TALCOTT. November 28, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Jacob Newman, Mr. S. O. Levinson, Mr. B. V. Becker* and *Mr. Arthur B. Schaffner* for petitioners. *Mr. Horace Kent Tenney* and *Mr. Roger Sherman* for respondent.

---

No. 714. JOHN A. RIPPER, PETITIONER, *v.* THE UNITED STATES. December 5, 1910. Petition for a writ of certi-